JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KYLE SOLOMON, II, | Case No. CV 10-4275-GW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LEROY BACA, Warden, | |
| Respondent. | |

Pursuant to the Order Re: Dismissal of Habeas Corpus Petition for Failure to Prosecute and Mootness,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: November 17, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE